MOE BERGMAN, Respondent, v. PALACE GARAGE, INC., et al., Appellants.

Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.